```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                        DISTRICT OF VERMONT
```

UNITED STATES OF AMERICA         :
                                 :
    v.                            : File No. 2:00-CR-49
                                 :
FRANKLIN ZWIERS                  :

<u>ORDER</u>

      The Report and Recommendation of the United States Magistrate Judge was filed September 15, 2005.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

      A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made.  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b) (1); *Perez-Rubio v. Wyckoff*, 718 F.Supp. 217, 227 (S.D.N.Y. 1989).  The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations."  *Id.*

      The motion for bill of particulars and motion to suppress (Paper 19 and Paper 20) are **DENIED**.

      Dated at Burlington, in the District of Vermont, this 3rd day of October, 2005.

                                      <u>/s/ William K. Sessions III</u>
                                      William K. Sessions III
                                      Chief Judge